IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CALVIN DEWAYNE WELLS, BELINDA     *
ANGLON WELLS, and KINDRYN MARIE
WELLS,     *

      Case No.: 1:24-CV-55-WLS

      Plaintiffs,     *

v.

    *

JOE MULHOLLAND, in his personal capacity
and in his official capacity as District Attorney     *
for the South Georgia Judicial Circuit,

      Defendant.

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 7, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of

Defendant. Defendant shall also recover costs of this action.

This 7th day of May, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk